UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROY A. DAY,

    Plaintiff,

v.                                                   Case No: 8:14-cv-2048-T-36AEP

21ST CENTURY CENTENNIAL
INSURANCE COMPANY and ANTHONY
J. DESANTIS,

    Defendants.
_____/

## **ORDER**

This cause comes before the Court on Plaintiff's Motion for Temporary Restraining Order, Plaintiff's Motion for a Preliminary Injunction; Plaintiff's Motion for an Emergency Ruling On September 19, 2014; and Memorandum of Law, filed on September 18, 2014 (Doc. 18). The Court will consider the Motion for Temporary Restraining Order on an expedited bases. Therefore, if Defendants want to respond to the motion, Defendants are directed to respond to Plaintiff's Motion for Temporary Restraining Order, Plaintiff's Motion for a Preliminary Injunction; Plaintiff's Motion for an Emergency Ruling On September 19, 2014; and Memorandum of Law **on or before September 22, 2014**.

**DONE AND ORDERED** in Tampa, Florida on September 18, 2014.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD AND UNREPRESENTED PARTIES, IF ANY